ORIGINAL

**FILED**
JUL 20 2010
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

1  DEVIN DERHAM-BURK #104353
   CHAPTER 13 STANDING TRUSTEE
2  P O BOX 50013
   SAN JOSE, CA 95150-0013
3
   Telephone: (408) 354-4413
4  Facsimile: (408) 354-5513

5  Trustee for Debtor

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| In Re: | ) Chapter 13 |
| LAWRENCE G WILLIAMS | ) Case No. 06-51066 CN |
| | ) **NOTICE OF UNCLAIMED DIVIDEND** |
| Debtor | ) |

The final dividend to Creditor, CASHCALL INC in the above entitled matter was returned marked: CREDITOR DID NOT FILE AN ADDRESS CHANGE WITH THE COURT

It appearing to the Court that a reasonable effort was made to locate the Creditor, and good cause appearing therefore,

IT IS REQUESTED that DEVIN DERHAM-BURK herein forthwith pay over to the Clerk of the above entitled Court, the sum of $151.64 as an unclaimed dividend.

Claim # 8    CASHCALL INC
             17360 BROOKHURST ST
             FOUNTAIN VALLEY, CA 92708

Dated: July 16, 2010

_____
DEVIN DERHAM-BURK, TRUSTEE



**CHAPTER 13 TRUSTEE**
P.O. BOX 50013
SAN JOSE, CA 95150-0013

RECEIVED

MAR 2 0 2009

Devin Derham-Burk
Trustee, Chapter 13



CASH360*X 927 NDE 1 309C 01 03/16/0.
FORWARD TIME EXP RTN TO SEND
:CASHCALL INC
1600 S DOUGLASS RD
ANAHEIM CA 92806-5948

RETURN TO SENDER

Case: 06-51066   Doc# 38   Filed: 07/20/10   Entered: 07/26/10 12:47:24   Page 2 of 4

# Devin Derham-Burk, Standing Trustee

Office of the Chapter 13 Trustee
Northern District of California • San Jose Division

---

April 13, 2009

CashCall Inc
1600 S Douglass Rd
Anaheim, CA 92806-5940

RE: Williams, Lawrence
Chapter 13 No: 06-5-1066MM
RE: Fuentes, Roberto & Marites
Chapter 13 No: 06-5-1080MM

Attention: Bankruptcy Department

The Trustee received a trustee check (copy of which is attached) back from the Post Office which indicates that the address that we have on file is not a valid address. Please note that pursuant to Bankruptcy Rule 4002 (a) (5) a statement regarding any change of address must be filed with the court for each case in which the change is to be made.

Please further note that the Trustee will not make any changes to your address and will no longer be sending disbursements on your Proof of Claim until a notice of change of address has been filed with the Court and the Trustee has received a copy. I have enclosed a sample Notice of Change of Address that you may use. A completed original must be sent directly to the United States Bankruptcy Court.

If you should have any questions, please feel free to contact me at (408) 354-8151.

Sincerely,

Teresa Camp
Creditor Services Administrator

Encl.

```
*************************************************************************
*                                                                P.01    *
*                    TRANSACTION REPORT                                   *
*                    ──────────────────                                   *
*                                              MAY-01-2009 FRI 12:00 PM   *
*     FOR:  Devin Derham-Burk          4083545513                         *
*                                                                         *
*   SEND                                                                  *
*   DATE   START      RECEIVER       TX TIME    PAGES TYPE   NOTE   M# DP *
*   MAY-01 11:57 AM 19499364699       2'35"      5    FAX TX  OK    065  *
*                                                                         *
*                                    TOTAL :   2M 35S  PAGES:   5         *
*                                                                         *
*************************************************************************
```

|     |           |
|-----|-----------|
| **FAX** | **Date:** May 1, 2009 |
|         | Number of pages including coversheet: |

| To: |  |
|-----|--|
| Company | CASHCALL |
| FAX# | 1-949-936-4699 |
| Re: | Address Changes |
| Case # |  |

| From: | Teresa Camp |
|-------|-------------|
|       | OFFICE OF |
|       | **Devin Derham-Burk, Trustee** |
|       | P O Box 50013 |
|       | San Jose, CA 95150-0013 |
| Phone: | Attorneys:  (408) 354-4413 |
|        | Debtors:    (408) 354-1345 |
|        | Creditors:  (408) 354-8151 |
| FAX # | (408) 354-5513 |

☐ Please review & contact the person named above ☐ Per your request ☐ For your information; no response necessary

☐ For Immediate Attention ☐ For Appropriate Action

Our office received two checks back from the Post Office for an insufficient address. I have attached a copy of the two checks that were returned. We did receive an address change for one of the cases on check number 2444774 (Roberto & Marites Fuentes). We still need address changes for the other two cases. I have attached a change of address form that you need to mail directly to the United States Bankruptcy Court at the address on the top of the form. If you should have any questions, please feel free to contact me.

Teresa

IMPORTANT NOTE: The information contained in this facsimile transmission document, including all of its parts without limitation, is the property of the sender, is confidential, is not intended for public use, dissemination, or disclosure and may be subject to legally privileged information. The information is intended only for the exclusive use of the party/parties named above as addressee(s). Any other use, dissemination, disclosure, distribution or copying of this facsimile transmission document is strictly prohibited. Sender reserves all rights under law. If you have received this facsimile transmission document, including all of its parts without limitation, in error, please immediately notify the sender by telephone. Any costs you incur in returning this transmission will be promptly reimbursed to you.

Case: 06-51066   Doc# 38   Filed: 07/20/10   Entered: 07/26/10 12:47:24   Page 4 of 4